UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIM LEAVELL COOK,<br><br>           Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | Case No. 1:25-cv-00557-CDB (SS)<br><br>ORDER ON SECOND STIPULATION EXTENDING *NUNC PRO TUNC* PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT<br><br>(Doc. 15) |

Pending before the Court is Plaintiff's second stipulated request to extend the deadline to file a motion for summary judgment, from September 30, 2025, through and including October 30, 2025. (Doc. 15).

Requests for extensions of time in the Eastern District of California are governed by Local Rule 144, which provides: "Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent." L.R. 144(d).

Here, Plaintiff filed the stipulated request for extension of the deadline on the last day, thus requiring the requested relief to be *nunc pro tunc*. In support, Plaintiff states that the extension is necessary due to "several merit briefs being due on the same week," requiring "additional time to brief the issues …" (Doc. 15 at 2). The Court finds that Plaintiff could have reasonably anticipated the need for an extension before the last day of the deadline. As this Court repeatedly has advised

and cautioned in other cases where counsel has filed a request to extend a case management date on the date of expiration,[1] the Court disfavors granting *nunc pro tunc* relief and admonishes Plaintiff to exercise better care in anticipating any future requests for extensions of time and filing such requests as soon as the need becomes apparent. *See* L.R. 144(d) (noting that extension requests "brought on the required filing date for the pleading or other document are looked upon with disfavor").

Accordingly, for good cause shown by the parties' stipulated representations, it is HEREBY ORDERED that Plaintiff shall file the motion for summary judgment by no later than **October 30, 2025**. The opposition and optional reply shall be filed in accordance with the Court's scheduling order. (Doc. 5).

IT IS SO ORDERED.

Dated: **October 1, 2025**

UNITED STATES MAGISTRATE JUDGE

---

[1] *E.g.*, *Zachary John Moore v. Commissioner*, No. 1:23-cv-1640-WBS-CDB (Doc. 19); *Amanda Mary Khorasani v. Commissioner*, No. 1:23-cv-1444-CDB (Doc. 14); *Benjamin Emerson Jones v. Commissioner*, No. 1:22-cv-1635-JLT-CDB (Doc. 15); *Eric Wilhelm Wagner v. Commissioner*, No. 1:22-cv-1566-CDB (Doc. 16); *Ronnie Cabana Ripoyla v. Commissioner*, No. 1:22-cv-1220-CDB (Doc. 18); *Anthony Shane Porter v. Commissioner*, No. 1:22-cv-0369-AWI-CDB (Doc. 18); *Xeya Mancilla v. Commissioner*, No. 1:22-cv-0349-CDB (Doc. 19); *Destiny Monique Clark v. Kijakazi*, No. 1:21-cv-1022-CDB (Doc. 25); *Luz Maria Orozco v. Commissioner*, No. 1:22-cv-1478-CDB (Doc. 17).